(133 So. 741)

## SMITH v. STATE.

### 5 Div. 814.

Court of Appeals of Alabama.
Feb. 10, 1931.

Rehearing Denied April 7, 1931.

Charlie C. McCall, Atty. Gen., for the State.

## SAMFORD, J.

▮▮ The evidence was in conflict, making a jury question as to the guilt vel non of the defendant. The affirmative charge was properly refused.

Defendant's refused charge, which for convenience we have marked 3, is invasive of the province of the jury.

Refused charge 4 is covered by the general charge.

We find no error in the record, and the judgment is affirmed.

Affirmed.